# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BEVERLY A. GREEN  
4702 WINFORD LANE  
LOVES PARK, IL  61111  

SSN-xxx-xx-3305

Case Number: 07-72724

Case filed on: 11/7/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DRAPER & KRAMER MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BEVERLY A. GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | IL. HOUSING DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SOUTHSIDE FINANCIAL GROUP, LLC. | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
|  | Total Secured | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| 006 | SOUTHSIDE FINANCIAL GROUP, LLC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | B-LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 2,113.16 | 2,113.16 | 0.00 | 0.00 |
| 012 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | M. PHYLLIS KIRCHBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL CAPITAL MANAGEMENT LLC | 264.59 | 264.59 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 335.92 | 335.92 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DON GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FORD MOTOR CREDIT CORP | 8,128.05 | 8,128.05 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 1,735.49 | 1,735.49 | 0.00 | 0.00 |
| 022 | NATIONAL CAPITAL MANAGEMENT LLC | 618.76 | 618.76 | 0.00 | 0.00 |
|  | Total Unsecured | 13,195.97 | 13,195.97 | 0.00 | 0.00 |
|  | Grand Total: | 21,195.97 | 21,195.97 | 0.00 | 0.00 |

Total Paid Claimant:    $0.00  
Trustee Allowance:      $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  02/29/2008              By   /s/Heather M. Fagan